BEFORE THE FIRST DIVISION, MARCH 14, 1962

**No. 66555.**—Zunold Trading Corp. *v.* United States, protest 61/8519 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of bead strings similar in all material respects to those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.